[pic]

 IN THE
 TENTH COURT OF APPEALS

 No. 10-02-241-CR

 CLINTON KILCREASE,
 Appellant
 v.

 THE STATE OF TEXAS,
 Appellee

 From the 77th District Court
 Limestone County, Texas
 Trial Court # 9678-A

 MEMORANDUM OPINION

 A jury convicted Clinton Kilcrease of aggravated sexual assault. The
court sentenced him to six years= imprisonment. Kilcrease appealed.
 Kilcrease has now filed a motion to dismiss his appeal. Rule of
Appellate Procedure 42.2(a) provides:
 At any time before the appellate court's decision, the appellate
 court may dismiss the appeal if the party that appealed withdraws its
 notice of appealCby filing a written withdrawal in duplicate with the
 appellate clerk, who must immediately send the duplicate copy to the
 trial court clerk. An appellant must personally sign the written
 withdrawal.
Tex. R. App. P. 42.2(a).
 We have not issued a decision in this appeal. Kilcrease personally
signed the motion. The Clerk of this Court has sent a duplicate copy to
the trial court clerk. See id.; McClain v. State, 17 S.W.3d 310, 311 (Tex.
App.CWaco 2000, no pet.) (per curiam). Accordingly, Kilcrease=s appeal is
dismissed.

 PER CURIAM

Before Chief Justice Davis,
 Justice Vance, and
 Justice Gray
Appeal dismissed
Opinion delivered and filed September 11, 2002
Do not publish

[CR25]